UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&H MARINE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R/V POLECAT'S REVENGE, *Official No. 1151072, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., in rem, et al.*,<br><br>　　　　　Defendants. | No.  2:23-cv-02550-DAD-CSK<br><br>IN ADMIRALTY<br><br>ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER DIRECTING THE ISSUANCE OF AN ARREST WARRANT<br><br>(Doc. Nos. 4, 5) |

Plaintiff J&H Marine, Inc. ("Plaintiff") has applied for an order authorizing the Clerk to issue a warrant for the arrest of the Defendant Vessel R/V POLECAT'S REVENGE (formerly COINCIDENCE), Official No. 1151072, its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc. (the "Vessel").

Upon reviewing Plaintiff's Verified Complaint, its supporting exhibits, and the concurrently-filed and associated pleadings, the Court finds that the Plaintiff has satisfied the conditions for an *in rem* forfeiture action in accordance with the Supplemental Rules For Admiralty Or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), and the Local Admiralty and In Rem Rules, appear to exist and is thereby entitled to have the *in rem* Defendant Vessel arrested by the U.S. Marshal.

/////

1

Accordingly:

1. Plaintiff's *ex parte* application for an order directing the issuance of an arrest warrant (Doc. Nos. 4, 5) is granted;

2. The Clerk of this Court is authorized to, and shall issue a Warrant for the Arrest of the Vessel, as prayed for in the Verified Complaint;

3. The Marshal of this District is authorized to serve the Warrant of Arrest on the Vessel, take her into custody in this District, and relinquish custody to the Court-appointed Substitute Custodian as set forth in this Court's concurrently issued Order Appointing Substitute Custodian;

4. Any person claiming an interest in the Vessel arrested hereunder shall, upon application to the Court, be entitled to a prompt hearing under the Supplemental Rules and Local Admiralty and In Rem Rule 513, at which time Plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and

5. A copy of this Order shall be attached to and served with the Warrant of Arrest.

IT IS SO ORDERED.

Dated: **June 11, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2