**COX, WOOTTON, LERNER,
GRIFFIN & HANSEN, LLP**
Max L. Kelley  (SBN 205943)
Marc T. Cefalu  (SBN 203324)
900 Front Street, Suite 350
San Francisco, CA  94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
J&H MARINE, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&H MARINE, INC.<br><br>Plaintiff,<br><br>v.<br><br>R/V POLECAT'S REVENGE, Official No. 1151072, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., *in rem*, and DOES 1-10,<br><br>Defendants. | Case No.: 2:23-cv-02550-DAD-CSK<br><br>**IN ADMIRALTY**<br><br>**ORDER MODIFYING AND GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER OF PUBLICATION**<br><br>**(ECF No. 28)** |

This matter is before the Court on Plaintiff J&H Marine, Inc.'s *ex parte* application for order of publication under Local Rule 171, Local Rule 580, and Rule C(4) of the Supplemental Federal Rules of Civil Procedure for Admiralty or Maritime Claims and Asset Forfeiture Actions. The Vessel at issue is located at J&H Marine Inc., in Stockton, California.

Plaintiff requests this Court to authorize publication of its Notice of Arrest of Vessel (ECF No. 15 at 5) in the *Sacramento Bee*. Plaintiff states the *Sacramento Bee* is best suited to provide the public, including potential claimants and intervenors, with notice of the Vessel's arrest due to its general circulation in the Eastern District of California. (*Id.* at 3.)

JH.Norman/ 6440

The Court has reviewed the request for publication (ECF No. 28) and finds good cause exists to **MODIFY** Plaintiff's request and **GRANT** as follows:

1. The Notice of Action in Rem and Arrest of Vessel (ECF No. 28 at Exh. A) is to be published once in the *Sacramento Bee* and once in the *Stockton Record*.
2. Plaintiff shall file a sworn proof of publication by or on behalf of the publisher of the *Sacramento Bee* and of the *Stockton Record* not later than twenty-eight (28) days after the date of publication of the Notice of Action in Rem and Arrest of Vessel.

Dated: June 18, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

3, jhma.2550

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

JH.Norman/ 6440

-2-   Case No. 2:23-cv-02550-DAD-CSK
ORDER MODIFYING AND GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER OF PUBLICATION