UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&H MARINE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>R/V POLECAT'S REVENGE, et al.,<br><br>Defendants. | No. 2:23-cv-02550-DAD-CSK<br><br>ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER AUTHORIZING PLAINTIFF'S CREDIT BID AMOUNT<br><br>(Doc. No. 46) |

This matter is before the court on plaintiff's *ex parte* application for an order authorizing plaintiff's credit bid amount. (Doc. No. 46.) The court previously authorized plaintiff to make a credit bid on the subject vessel up to the amount of the total judgment, $48,539.30, in addition to the amount of its *custodia legis* expenses established by affidavit. (Doc. No. 41 at 3.) On September 11, 2025, plaintiff filed a sworn declaration of its president Eric Koster, in which he reported the custodial fees incurred by the subject vessel from December 18, 2023 to September 10, 2025, as well as the associated publication fees for publishing the notice of arrest and notice of sale. (Doc. No. 44.) Mr. Koster states that these fees total to $66,224.45. (*Id.* at 3.) The court finds this declaration sufficient to establish plaintiff's *custodia legis* expenses.

/////

/////

1

Accordingly, the court GRANTS plaintiff's *ex parte* application and AUTHORIZES plaintiff to place a credit bid on the subject vessel up to the amount of $114,763.75, which is the sum of $48,539.30 and $66,224.45.

IT IS SO ORDERED.

Dated:  **September 15, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2